STATE of Missouri, Respondent,

v.

**Vernon Hermann DAVENPORT, Appellant.**

**No. WD 42781.**

Missouri Court of Appeals, Western District.

Jan. 2, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 1991.

Application to Transfer Denied April 9, 1991.

Katherine Ladesh, Public Defender, Michael T. Wilson, Asst. Public Defender, Liberty, for appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury verdict for robbery, first degree, in violation of § 569.020, RSMo 1986.

Judgment affirmed. Rule 30.25(b).